## EZRA YOUNGLOVE TO THE USE OF JOSEPH GOOLEY, ASSIGNEE, *versus* TIMOTHY YOUNG

JOURNAL ENTRIES (1823–28): *Journal 3:* (1) Rule to join in error *p. 440; (2) rule to join in error *p. 479. *Journal 4:* (3) Death suggested, continued MS p. 21; (4) stricken from docket MS p. 185.

PAPERS IN FILE: (1) Affidavit for certiorari, allowance; (2) writ of certiorari and return; (3) assignment of errors; (4) joinder in error.

*1822–23 Calendar*, MS p. 138.

## EZRA BALDWIN *versus* JOSEPH CAMPAU AND ROBERT McNIFF

JOURNAL ENTRIES (1823–27): *Journal 3:* (1) Rule to join in error *p. 440; (2) further time to file declarations granted *p. 440. *Journal 4:* (3) Judgment reversed MS p. 42; (4) motion to set off judgment MS p. 142; (5) motion to set off judgment overruled MS p. 157.

PAPERS IN FILE: (1) Affidavit for certiorari, allowance; (2) writ of certiorari and return; (3) assignment of errors; (4) joinder in error; (5) points in error; (6) affidavit for set off.

*1822–23 Calendar*, MS p. 139. Recorded in *Book B*, MS pp. 529–32.